UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE SANCHEZ-OSUNA, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:12-cr-389-GMN-VCF <br><br><br> **ORDER** |

On January, 25, 2013, the Court ordered the appointment of a CJA panel attorney for the limited purpose of discussing the terms of the plea agreement. Therefore;

IT IS HEREBY ORDERED that Daniel J. Albregts, Esq. is appointed as counsel for the limited purpose of discussing the terms of the plea agreement with defendant Jose Sanchez-Osuna.

DATED this __29th__ day of January, 2013.

Nunc Pro Tunc: January 29, 2013

_____
GLORIA M. NAVARRO
United States District Judge